notice to the other side. I don't give leave to reply double without notice. Whenever there is necessity to apply to the court there must be notice to the other side.

*(Superior Court of Cook County.)*

## Anonymous.

PRACTICE—TROVER. No affidavit of merits required in action of trover.

Mr. COWEN: Your honor, 6360. I want to move the court for a default in that case for want of a plea and affidavit of merits. It is an action of trover.

GARY, J.: There is no affidavit of merits wanted in an action of trover. The statute don't require it.

Mr. COWEN: Yes, but there is a contract there your honor.

GARY, J.: That don't matter. An action of trover can't be based upon a contract for the payment of money. There is nothing in that. Motion overruled.

*(Superior Court of Cook County.)*

## Anonymous.

APPEAL. To superior court by one defendant. Service on co-defendants.

GARY, J.: Where an appeal is taken to the superior court by one of several defendants, there must be service on the other defendants before you can proceed in that court.

*(Superior Court of Cook County.)*

## Anonymous.

(January 5, 1878.)

CONTINUANCE. By stipulation of counsel after a suit is set down for trial by the court.

Plaintiff's counsel asked for a continuance until the following morning at 10 A. M.